**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Felipe Donald Aguinaga Castellon,<br><br>Petitioner,<br><br>-v-<br><br>John Doe, *in his/her official capacity as Warden, U.S. Courthouse, 200 Federal Plaza, Central Islip, New York 11722*; Judith Almodovar, *in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of Immigration & Customs Enforcement*; Pamela Bondi, *in her official capacity as Attorney General, U.S. Department of Justice*,<br><br>Respondents. | 2:26-cv-647<br>(NJC) |

**<u>ORDER</u>**

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Nassau County Correctional Center, 100 Carman Ave, East Meadow, NY 11554

NUSRAT J. CHOUDHURY, United States District Judge:

The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have petitioner **Felipe Donald Aguinaga Castellon,** who is presently detained in the Nassau County Correctional Center, 100 Carman Ave, East Meadow, NY 11554, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse

for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Monday, February 9, 2026 at 11:00 AM**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Felipe Donald Aguinaga Castellon throughout the entire hearing.

Following the hearing, if the Court orders Mr. Aguinaga Castellon to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Nassau County Correctional Center. Alternatively, if the Court grants the petition and orders Mr. Aguinaga Castellon released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Aguinaga Castellon for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
February 6, 2026

_/s/ Nusrat J. Choudhury_
NUSRAT J. CHOUDHURY
United States District Judge

2